United States District Court
Southern District of Ohio
Western Division

UNITED STATES OF AMERICA,
    Plaintiff

vs.                              1:12cr9

RONALD MUSKOPF,
    Defendant                  **ORDER QUASHING ARREST WARRANT**

The Defendant having appeared for his arraignment and bond having been determined by the undersigned, the arrest warrant previously issued on 2/16/12 by United States Magistrate Judge Litkovitz is QUASHED.

Stephanie K. Bowman
United States Magistrate Judge